IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUSAN D. MORRISON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | No. 3:24-CV-1221-X |
| | § | |
| UNIVERSITY OF TEXAS, ET AL., | § | Consolidated with: |
| | § | No. 3:24-CV-1222-X |
| *Defendant.* | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 13). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 6th day of March, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE